IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERAH S. STOVALL,<br><br>Defendant. | 4:20-CR-3106<br><br>ORDER |

IT IS ORDERED:

1. For the reasons stated in filing 85, the defendant's motion for leave (filing 86) is denied.

2. The Clerk of the Court shall provide a copy of this order and a copy of filing 85 to the defendant at the address found in filing 86.

Dated this 26rd day of August, 2021.

BY THE COURT:

John M. Gerrard
United States District Judge